**FILED**

03/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0165

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0165

CITY OF BOZEMAN,

Plaintiff and Appellee,

v.

JACOB ANDREW HOWARD,

Defendant and Appellant,

**GRANT OF EXTENSION**

Upon consideration of Appellee's motion for an extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including April 24, 2021, within which to prepare, serve, and file its response brief.

**KFS**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 19 2021